EDOK - Search Warrant (Revised 5/13)

ORIGINAL

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In the matter of the search of a Black Motorola brand Cellular Device, Model: XT2512-2, IMEI 358763830708039, located at the Drug Enforcement Administration McAlester Resident Office, 100 Airport Road, McAlester, OK, within the Eastern District of Oklahoma (Attachment A-1) | Case No.  26-MJ-51-DES |

## SEARCH AND SEIZURE WARRANT

**TO:**     ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT "A-1"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before ___3/20/2026___
                                                                                                                                        *(not to exceed 14 days)*

☐      in the daytime 6:00 a.m. to 10:00 p.m.
☒      at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate D. Edward Snow.

☐      I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
☐      for _____ days *(not to exceed 30)*.
☐      until, the facts justifying, the later specific date of _____

Date and time issued:     __March 6, 2026__

City and state:     __Muskogee, Oklahoma__

*Judge's signature*

**D. EDWARD SNOW**
UNDERLINE STATES MAGISTRATE JUDGE
*Printed name and title*

EDOK - Search Warrant PAGE 2

| RETURN | | |
|---|---|---|
| Case No.:<br>26-MJ-51-DES | Date and time warrant executed:<br>March 9, 2026 | Copy of warrant and inventory left with:<br>File/ Ryan Green |

Inventory made in the presence of:

Ryan Green

Inventory of the property taken and name of any person(s) seized:

Address book and telephone contact information, multimedia messages, text messages, images and other graphics, outgoing and incoming call logs, archived data, device application data, and audio/video files.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    03/11/2026

_Executing officer's signature_

Ryan Green, DEA TFA

_Printed name and title_

## ATTACHMENT A-1

*Property to be searched.*

The property to be searched is described as **black Motorola brand cellular device, Model: XT2512-2, IMEI: 358763830708039** ("**Device 1**"). **Device 1** is currently in the lawful possession of the Drug Enforcement Administration, McAlester Resident Office (MRO), at 100 Airport Road, McAlester, Oklahoma, within the Eastern District of Oklahoma.



## **ATTACHMENT B**

### *Property to be seized*

1.      All records on **Device 1** described in Attachment A-1 and **Device 2** described in Attachment A-2 that relate to violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846, Distribution and Possession with the Intent to Distribute Methamphetamine, Use of a Communications Device in Furtherance of a Drug Trafficking Crime, and Drug Conspiracy, which involve **Jerry Lee GRIST** and others identified and unidentified, between October 20, 2023 and October 24, 2025, including:

      a.      lists of customers/associates and related identifying information;

      b.      types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

      c.      any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

      d.      any information recording **GRIST's**, or other co-conspirators schedule or recent travel;

      e.      all bank records, checks, credit card bills, account information, and other financial records.

      f.      communications including text messages or recorded voice messages saved on the Device, as well as call history, stored telephone numbers and other notes ;

      g.      photographs or videos which may identify, drugs, drug proceeds, items obtained with drug proceeds, co-conspirators or locations;

h.      stored addresses or locations within mapping software that may identify locations recently visited.

2.      Evidence of user attribution showing who used or owned **Device 1** and **Device 2** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3.      As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.